# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

157429(89)

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement

v

SC: 157429
COA: 332835
Wayne CC: 15-005901-FH

Megan K. Cavanagh,
Justices

JAHAN SATATI GREEN,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 24, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



d0128

Clerk